NUMBER 13-08-00706-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

JOHN DOE, Appellant,


v.



HEARING BEFORE THE DISTRICT 

11A-1 GRIEVANCE COMMITTEE, Appellee. 

_____________________________________________________________


On appeal from the 28th District Court 


of Nueces County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellant, John Doe, perfected an appeal from a judgment entered by the 28th
District Court of Nueces County, Texas, in cause number 08-5579-A. Appellant has filed
a motion to dismiss the appeal on grounds that appellant no longer wishes to pursue the
appeal. Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. 
Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent agreement of
the parties, the court will tax costs against the appellant."). Having dismissed the appeal
at appellant's request, no motion for rehearing will be entertained, and our mandate will
issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and 

filed this the 19th day of February, 2009.